UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNDA LYNCH

        Plaintiff,

v.

Case No. 15-cv-12461
Hon. Matthew F. Leitman

DEVON FACILITY MANAGEMENT, LLC,

        Defendant.
_____/

### ORDER APPROVING LAWSUIT RESOLUTION (ECF #22)

On July 10, 2015, Plaintiff Lynda Lynch brought an action against Defendant Devon Facility Management, LLC, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (*See* Compl., ECF #1 at ¶ 27, Pg. ID 5.) On April 13, 2016, the Court entered an Order permitting the parties to file a proposed resolution of this lawsuit under seal for *in camera* review. (*See* ECF #21.)

On April 14, 2016, the parties submitted a proposed resolution (the "Resolution"). (ECF #22.) To approve the Resolution, the Court must determine that the compromise is a fair, reasonable, and adequate resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353

(11th Cir. 1982); *see also Williams v. K&K Assisted Living, LLC*, 2016 WL 319596, at *1-2 (E.D. Mich. Jan. 27, 2016).

The Court has reviewed the parties' proposed Resolution of this action and finds that the Resolution reached by the parties is fair, reasonable, and adequate. Accordingly, **IT IS HEREBY ORDERED** that the Resolution (ECF #22) is **APPROVED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 15, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113